# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **TIMOTHY STRAW** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | Case No. 07-61403-CIV-COHN/SELTZER |
| | * | |
| **TRINITY YACHTS, L.L.C.,** | * | |
| a foreign corporation, | * | |
| **STEVEN ALYWARD,** | * | |
| | * | |
| **Defendants.** | * | |

## ANSWER OF TRINITY YACHTS, L.L.C.

NOW INTO COURT, through undersigned counsel, comes Defendant, Trinity Yachts, LLC ("Trinity Yachts"), and hereby responds to the allegations contained in the Complaint for Money Damages ("Complaint") filed by Timothy Straw ("Plaintiff") as follows:

## RESPONSES TO PARTICULAR ALLEGATIONS

**1.**

This matter has been removed to this Federal Court. All allegations of jurisdiction are contained in the granted Petition for Removal. Subject to this and in defense of the instance in which a response is required to this allegation, Trinity Yachts denies the allegations contained in paragraph 1 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**2.**

Trinity Yachts denies the allegations contained in paragraph 2 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**3.**

Trinity Yachts denies the allegations contained in paragraph 3 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**4.**

Trinity Yachts admits that it is authorized to and is doing business in Florida. Trinity Yachts denies any remaining allegations contained in paragraph 4 of the Complaint.

**5.**

Trinity Yachts denies the allegations in paragraph 5 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**6.**

Trinity Yachts denies the allegations in paragraph 6 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matter asserted therein.

**7.**

Trinity Yachts denies the allegations in paragraph 7 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matters asserted therein

**8.**

Trinity Yachts denies the allegations in paragraph 8 of the Complaint for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**9.**

The allegations contained in paragraph 9 of the Complaint are denied.

**10.**

The allegations contained in paragraph 10 of the Complaint are denied.

**11.**

The allegations contained in paragraph 11 of the Complaint are denied.

**12.**

The allegations contained in paragraph 12 of the Complaint are denied.

**13.**

The allegations contained in paragraph 13 of the Complaint are denied.

**14.**

The allegations contained in paragraph 14 of the Complaint are denied.

**15.**

The allegations contained in paragraph 15 of the Complaint are denied.

**16.**

The allegations contained in paragraph 16 of the Complaint are denied.

**17.**

The allegations contained in paragraph 17 of the Complaint are denied.

**18.**

The allegations contained in paragraph 18 of the Complaint are denied.

**19.**

The allegations contained in paragraph 19 of the Complaint are denied.

**20.**

The allegations contained in paragraph 20 of the Complaint are denied.

**21.**

The allegations contained in paragraph 21 of the Complaint are denied.

**22.**

The allegations contained in paragraph 22 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**23.**

The allegations contained in paragraph 23 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**24.**

The allegations contained in paragraph 24 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**25.**

The allegations contained in paragraph 25 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**26.**

The allegations contained in paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**27.**

The allegations contained in paragraph 27 of the Complaint are denied.

**28.**

The allegations contained in paragraph 28 of the Complaint are denied.

**29.**

The allegations contained in paragraph 29 of the Petition are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**30.**

The allegations in paragraph 30 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**AND NOW,** further answering the Complaint, Trinity Yacht asserts the following defenses:

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

No liability exists, directly or vicariously, as to Trinity Yachts because at no point did Trinity Yachts hire or employ Steven Alyward as an employee, principal, agent, or subcontractor.

### Third Defense

Plaintiff's Complaint is barred in whole or in part, to the extent Plaintiff failed to mitigate, minimize, or avoid the alleged damages, the fact and extent of which Trinity Yacht denies.

### Fourth Defense

The claims in Plaintiff's Complaint are barred in whole or in part by the doctrine of unclean hands.

**Fifth Defense**

Plaintiff's alleged damages, the fact and extent of which Trinity Yacht denies, were either wholly or partially caused by and/or contributed to by the fault of others, whether that fault be the proximate result of intentional conduct, negligence, or any other type of fault, of persons, firms, corporations, or entities other than Trinity Yachts, for which Trinity Yachts is not responsible. Such intentional conduct, negligence, or fault bars recovery against Trinity Yachts or comparatively reduces the percentage of fault, if any, of Trinity Yachts.

**Sixth Defense**

Plaintiffs alleged damages, the fact and extent of which Trinity Yachts denies, were approximately caused by intervening, superseding and/or supervening acts or events for which Trinity Yachts has no responsibility.

**Seventh Defense**

Plaintiff's Complaint is barred and/or Plaintiff's alleged damages, the fact and extent of which Trinity Yacht denies, are reduced to the extent that Plaintiff's alleged damages were the result of the contributory, comparative, or active fault of the Plaintiff.

**Eighth Defense**

Trinity Yacht reserves the right to amend this Answer to add certain and additional defenses that may become apparent during Trinity Yachts' ongoing investigation and discovery.

**WHEREFORE** Trinity Yachts prays that the claim asserted against it in Plaintiff's claim be dismissed with prejudice AND judgment be entered directing that

Plaintiff take nothing from Trinity Yachts in this action. Trinity Yacht further prays that it be awarded reasonable cost and attorneys fees, and such other and further relief as may be appropriate.

Dated: October 31, 2007            Respectfully submitted,

By: */s/ Robert D. McIntosh*
Robert D. McIntosh (FBN: 115490)
Email: rdm@adorno.com
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531
Attorneys for Defendants Trinity

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D. McIntosh*

**SERVICE LIST**
**07-61403-CIV-COHN/SELTZER**

Daniel R. Maier, Esq.
Daniel R. Maier, P.A.
915 Middle River Drive
Sixth Floor
Fort Lauderdale, FL 33304
Phone: (954) 566-3330
Facsimile: (954) 566-7980
Email: susan@maierlegal.com

Attorneys for Plaintiff

Robert D. McIntosh
Adorno & Yoss LLP
888 SE Third Avenue, Suite 500
Fort Lauderdale, FL 33316
Phone: 954-523-5885
Facsimile: 954-760-9531
Email: rdm@adorno.com

Attorneys for Defendant Trinity

Miles C. Thomas, Esq.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
27th Floor, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-568-1990
Fax: 504-310-9195
Email: mthomas@lawla.com

Attorneys for Defendant Trinity