UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61403-CIV-COHN/Seltzer

TIMOTHY STRAW,

    Plaintiff,

vs.

TRINITY YACHTS, L.L.C.,
a foreign corporation,
and STEVEN ALYWARD,

    Defendants.
_____/

### NOTICE OF FILING AFFIDAVIT OF GARY FISETTE

Plaintiff, TIMOTHY STRAW, by and through undersigned counsel, files this Notice of Filing, and herein files the Affidavit of Gary Fisette dated November 1, 2007, attached hereto as "Exhibit A".

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF electronic Document Filing System for the Southern District of Florida. I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          DANIEL R. MAIER, P.A.
                                          Co-Counsel for Plaintiff, STRAW
                                          915 Middle River Drive
                                          Sixth Floor
                                          Fort Lauderdale, FL 33304
                                          (954) 566-3330

                                          */s/ Daniel R. Maier*
                          By: _____
                                          DANIEL R. MAIER, ESQ.
                                          Florida Bar #623776

N:\WORK\CLIENTS.PI\Straw.Timothy\Suit\n-filing.affidavit.wpd

## SERVICE LIST

**Timothy Straw vs. Trinity Yachts, L.L.C., a foreign corporation, and Steven Alyward**
**U.S. District Court Case Number 07-61403-CIV-COHN/Seltzer**

John J. Spiegel, Esq.
John J. Spiegel, P.A.
900 Concord Building
66 West Flagler Street
Miami, FL 33130
Phone:      (305) 539-0700
Facsimile:    (305) 539-1894
E-Mail:    jspiegel@bellsouth.net

Co-Counsel for Plaintiff

---

Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
888 S.E. Third Avenue, Suite 500
Ft. Lauderdale, FL 33316
Phone:     (954) 523-5885
Fax:       (954) 760-9531
E-Mail:    rdm@adorno.com

Attorneys for Defendant, Trinity

---

Miles C. Thomas, Esq.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
27th Floor, Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Phone:     (504) 568-1990
Fax:       (504) 310-9195
E-Mail:    mthomas@lawla.com

Attorneys for Defendant, Trinity

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61403-CIV-COHN/Seltzer

TIMOTHY STRAW,

    Plaintiff,

vs.

TRINITY YACHTS, L.L.C.,
a foreign corporation,
and STEVEN ALYWARD,

    Defendants.
_____/

### AFFIDAVIT OF GARY FISETTE

BEFORE ME, the undersigned authority, personally appeared, GARY FISETTE, who first being duly sworn, deposes and says:

1. My Name is Gary Fisette, and I have been a yacht broker for the past 30 years. As such, I have personal knowledge of a certain transaction between Trinity Yachts LLC ("Trinity") and a Canadian National by the name of Serge Godin and/or a corporation under the control of said person.

2. Mr. Godin had purchased from Trinity a Custom 150 foot motor yacht, which was built by the Trinity shipyards in New Orleans, Louisiana. He named the 150 foot Trinity (2002) motor yacht "Imagine."

3. Sometime prior to December 1st 2005, Mr. Godin contracted with Trinity to build a larger motor yacht at Trinity's shipyards, and re-sell or transfer ("trade") the 150 foot (2002) motor yacht, "Imagine" back to Trinity Yachts, L.L.C.

4. Sometime prior to December 1st 2005, Trinity did in fact take possession of the 150 foot Trinity motor yacht "Imagine" pending

N:\WORK\CLIENTS.PI\Straw.Timothy\Suit\affidavit.fisette.wpd

"EXHIBIT A"

completion and delivery of the larger new Trinity yacht to Mr. Godin. Upon taking possession, Trinity actively sought to sell "Imagine" prior to the completion of the larger yacht. This was done through a widespread contact of yacht brokers, including myself.

5. During this period of time, Mr. Godin no longer used the yacht, and no longer employed his captain, Scott Truesdale, to operate the yacht. Rather, Trinity hired a relief captain to run the yacht.

6. Prior to November 30th 2005, Trinity did in fact instruct its relief captain to move the yacht from U.S. waters for the purpose of completing the transfer of title from Mr. Godin to Trinity (the "trade"). This transfer of ownership was completed in The Bahamas.

7. Following the transfer of title from Mr. Godin to Trinity, Trinity subsequently sold the yacht to my client, Julada, Ltd., a company organized under the laws of St. Vincent and the Grenadines, under the control of Mr. Perry Weitz.

8. To the best of my knowledge and belief, Trinity employed the relief captain to move the yacht "Imagine" from Florida to the Bahamas for the purpose of accepting the trade. Trinity also employed the relief captain to move the yacht "off-shore" when the yacht was subsequently sold to my client.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GARY FISETTE

Sworn to and subscribed before me this _1st_ day of _November_, 2007 by _GARY A. FISETTE_, who is (personally known) to me, or who has produced _____ as identification.

NOTARY PUBLIC-STATE OF FLORIDA
Kurt E. Bosshardt
Commission # DD432604
Expires: JULY 08, 2009
Bonded Thru Atlantic Bonding Co., Inc.

_____
Notary Public
State of Florida

N:\WORK\CLIENTS.PI\Straw.Timothy\Suit\affidavit.fisette.wpd                                    2